IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLLINS, ) | |
| ) | CIV. S-04-43 GEB KJM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CHLN, INC., a California corpora- ) | |
| tion, dba CHART HOUSE RESTAURANT, ) | |
| MAMMOTH MALL MANAGEMENT, INC., a ) | |
| California corporation,[1] ) | |
| ) | |
| Defendants. ) | |

The vague representations in this action that a partial settlement is reached are too inconclusive to justify vacating the remaining scheduling dates. Therefore, the final pretrial conference is rescheduled for hearing on July 18, 2005, at 1:30 p.m. A joint pretrial statement is due fourteen days before the conference.

IT IS SO ORDERED.

Dated: June 22, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.

---

[1] The "Doe" defendants are dismissed. See Status (Pretrial Scheduling) Order filed April 19, 2004, at 2.

1

1                          United States District Judge