IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLLINS,<br><br>               Plaintiff,<br><br>    v.<br><br>CHLN, INC., a California corporation, dba CHART HOUSE RESTAURANT, MAMMOTH MALL MANAGEMENT, INC., a California corporation,<br><br>               Defendants. | No. CIV-S-04-43 GEB (PAN)<br><br><u>ORDER RE SETTLEMENT</u> |

        On July 15, 2005, Plaintiff filed a Notice of Settlement stating the case has settled and "Counsel anticipate being able to submit a Request for Dismissal of the within action to the Court for order within thirty (30) days." The parties have until 4:30 p.m. on August 15, 2005, to submit a Request for Dismissal. <u>See</u> L.R. 16-160(b). Failure to file the Request for Dismissal may be construed as consent to dismissal of this action without prejudice and a dismissal order may be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated: July 19, 2005

                                         <u>/s/ Garland E. Burrell, Jr.</u>
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge